IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 09-cv-00785-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 21, 2009 | Courtroom Deputy:  Bernique Abiakam |

*Parties:*                                                                              *Counsel:*

WALTER D.T. DURING,                                                    *Pro se*

    Plaintiff,

v.

CITY OF GREENWOOD VILLAGE                                  Gillian M. Fahlsing

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 9:55 a.m.
Court calls case.  Appearances of counsel *Pro se* plaintiff via telephone.

Discussion regarding status of the case.

**ORDERED:**   Motion For More Definite Statement (Filed 9/3/09; Doc. No. 18) is DENIED as MOOT, as conceded by Defendant, and in light of the amended complaint (Doc. No. 23).

**ORDERED:**   A Scheduling Conference is set on November 19, 2009 at 8:30 a.m.  Proposed Scheduling Order due by November 13, 2009.  Plaintiff does not have to appear if represented by counsel.

**ORDERED:**   The parties shall complete the Rule 26(a)(1) disclosures on or before November 13, 2009.  The parties shall have their Rule 26(f) meeting at a time convenient for them.

*09-cv-00785-PAB-CBS*
*Telephonic Status Conference*
*October 21, 2009*

**ORDERED:  The parties shall submit Confidential Settlement Statements no later than 5:00 p.m. on  November 13, 2009**.

Hearing Concluded.

**Court in recess:   10:09 a.m.**
Total time in court:     00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.