IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00785-PAB-CBS

WALTER D.T. DURING,

    Plaintiff,

v.

CITY OF GREENWOOD VILLAGE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion for Entry of Stipulation and Protective Order (*doc. no. 42*) is **GRANTED**. The proposed stipulated protective order (*doc. no. 42-2*) is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    March 4, 2010